IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID COOPER,                         No. C-14-4385 TEH (PR)

         Petitioner,

     v.                             ORDER OF TRANSFER

BRIAN DUFFY, Warden,

         Respondent.
_____/

This federal habeas action, in which Petitioner challenges convictions he suffered in the Kern County Superior Court, is **TRANSFERRED** to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

The Clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED     *October 8, 2014*        _____
                                                  THELTON E. HENDERSON
                                                  United States District Judge

G:\PRO-SE\TEH\HC.14\Cooper 14-4385 Transfer.wpd